```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 0 2 APR 2010
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

    -v-

MATTHEW D. WEITZMAN

    Defendant.

-------------------------------------------------------x

No. 09 Cr. 989 (LTS)

### ORDER

Sentencing in the above-captioned matter is hereby scheduled for **Thursday, May 27, 2010, at 2:00 p.m.** in Courtroom 11C.

SO ORDERED.

Dated: New York, New York
      April 2, 2010

/s/ LAURA TAYLOR SWAIN
United States District Judge