# MINTZ & GOLD LLP
### ATTORNEYS AT LAW

STEVEN W. GOLD
STEVEN G. MINTZ*
ALAN KATZ
JEFFREY D. POLLACK*
STEVEN A. SAMIDE
SCOTT A. KLEIN
TERENCE W. McCORMICK
JOSHUA H. EPSTEIN
LISABETH HARRISON
JACK A. HORN
MARK S. POMERANTZ
ALEXANDER H. GARDNER
NOREEN E. COSGROVE
MICHAEL B. ROTH*
PAUL OSTENSEN
RYAN W. LAWLER*
KEVIN M. BROWN
HEATH LORING*
DANIEL K. WIIG*

*ALSO ADMITTED IN NEW JERSEY

470 PARK AVENUE SOUTH
10TH FLOOR NORTH
NEW YORK, NEW YORK 10016

TELEPHONE (212) 696-4848
FACSIMILE (212) 696-1231

www.mintzandgold.com

OF COUNSEL

HONORABLE VITO J. TITONE (dec.)
(NY State Court of Appeals 1985-1998)
HARVEY J. HOROWITZ
NEAL M. GOLDMAN
ERIC M. KUTNER*
ANDREW P. NAPOLITANO'

'ADMITTED TO PRACTICE ONLY BEFORE ALL
COURTS IN NEW JERSEY AND ALL FEDERAL COURTS
IN NEW YORK CITY

May 12, 2010

By Fax 212-805-0426
Hon. Laura Taylor Swain
United States District Judge
United States Courthouse
Courtroom: 11C
500 Pearl Street
New York, NY 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 14 MAY 2010

Re: United States of America v. Matthew D. Weitzman
Index No.: 1:09-Cr.-00989 (LTS)

Dear Judge Swain:

    We represent three families which have been victimized by Matthew D. Weitzman's crimes. Specifically, we represent (1) Patricia Flinn, individually, and as the Executrix of the Estate of William J. Adcock, (2) John and Victoria Whalen, and (3) Kenneth and Joan Gelman. We have brought civil cases on each of their behalves in Westchester Supreme Court against, *inter alia*, defendant Weitzman.

    We write the Court regarding the issue raised by Charles Schwab & Co. ("Schwab") in its April 1, 2010 letter to the Court (the "April 1 letter") in which it alleges facts which, if proven to be true, militate against including Dr. Burton Langer ("Langer"), Weitzman's father-in-law, as a victim who is entitled to restitution and to receive a pro-rata share of the funds forfeited by Weitzman. As is set forth in the May 10, 2010 letter of David Sutton (the lawyer for victim Jocelyn Keil), this issue is of great importance to all of the non-family victims, including our clients, since Langer is alleged to have had more money stolen by Weitzman than most of, if not all of, the other victims combined. Stated another way, if Langer's claims are permitted, all of

# MINTZ & GOLD LLP
ATTORNEYS AT LAW

Hon. Laura Taylor Swain
May 12, 1010
Page -2-

the non-family victims' recoveries will be substantially reduced as Dr. Langer appears to be claiming to have suffered over 50% of the total losses incurred by Weitzman's victims.[1]

Schwab alleges that, although Langer claims to be an innocent victim of Weitzman's crimes, that Schwab is aware of facts which demonstrate that Langer was aware of, and authorized, the disbursement of funds from Langer's Schwab accounts to Weitzman. April 1 Letter, pg 2. The Government and Langer's attorney in their letters to Your Honor (dated April 15 and April 23, respectively) claim that Langer is an "innocent victim" deserving his pro-rata share of the funds forfeited or ordered as restitution from Weitzman. However, while Langer's attorney's letter disputes the facts alleged by Schwab, Langer has not put forth any sworn statement or any documentary evidence which would explain how he distinguishes between money Weitzman stole from him and money Weitzman was authorized by Langer to take. A sworn statement by Langer would address, *inter alia*, (1) whether Schwab contacted him in 2005 to ask him about the over one-million dollars in disbursements transferred from his Schwab account to Weitzman (Langer's letter alleges he doesn't recall being contacted by Schwab about this); and (2) whether Langer recalls, as Schwab claims Weitzman told Schwab, that Weitzman paid Langer back money Weitzman had previously borrowed from Langer.

We believe that in light of the allegations made by Schwab and Langer's unsworn statements to the contrary, that either (i) Langer should not be prohibited from receiving any pro-rata share of his claimed losses or a hearing should be held to determine whether justice would be served by including Langer as a victim entitled to restitution and to his pro-rata share of the funds forfeited by Weitzman. At that hearing, the Court would determine whether, and to what extent, Dr. Langer qualifies as a victim entitled to restitution under the Mandatory Victims Restitution Act of 1996 ("MVRA") (18 U.S.C. §§ 3663A - 3664); see 18 U.S.C. §3664(a) and *U.S. v. Reano*, 298 F.3d 1208, 1210 (10th Cir. 2002) (emphasis in original) (pursuant to the MVRA a District Court is to determine *before* making an order of restitution who were the true victims of Weitzman's crimes and precisely how much restitution each victim is entitled after reviewing, to the "extent practicable, a complete accounting of the losses"); *U.S. v. Hollman Cheung*, 952 F.Supp. 148, 150 (E.D.N.Y. 1997) (interpreting the related Victim and Witness Protection Act, 18 U.S.C. § 3663 as permitting a court hearing a criminal matter to conduct a quasi-civil investigation into the wrongs committed against each identified victim and to fix the monetary compensation required to make the victim whole).

Additionally, as is set forth in detail in the May 10, 2010 letter by David Sutton, we also question why, if so much money was taken from AFW's clients, Weitzman has

---

[1] Langer's April 23 Letter now claims for the first time that $8.4 million was stolen from him by Weitzman while the Criminal Complaint alleges a total of $7.3 million was stolen from all Weitzman's victims including Dr. Langer.

**MINTZ & GOLD LLP**
ATTORNEYS AT LAW

Hon. Laura Taylor Swain
May 12, 1010
Page -3-

only placed $1.5 million in a fund for restitution, representing the net proceeds from the sale of his home and $90,000.00 from Fairview Country Club. We submit that there is reason to believe that Matthew Weitzman's wife, Susan, is still in possession of items of significant value which were purchased with the life savings of victims like John & Victoria Whalen, Ken & Joan Gelman, Patricia Flinn and Jocelyn Keil.

    Thank you for your courtesy and attention to this matter.

Respectfully,

Steven W. Gold

*Via Facsimile 212-637-2937*
Cc: Joan M. Loughnane
Assistant U.S. Attorney
Southern District of New York
U.S. Department of Justice
The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, NY 10007

*Via Facsimile 516-747-0653*
Joshua A. Berman, Esq.
Meltzer, Lippe, Goldstein & Breitstone, LLP
190 Willis Avenue
Mineola, NY 11501

*Via Facsimile 212-938-3833*
Marc L. Mukasey, Esq.
Bracewell & Giuliani LLP
1251 Avenue of the Americas
New York, NY 10020

**MINTZ & GOLD LLP**
ATTORNEYS AT LAW

Hon. Laura Taylor Swain
May 12, 1010
Page -4-

*Via Facsimile 973-514-1660*
Frank J. Cuccio, Esq.
Bressler, Amery & Ross
325 Columbia Turnpike
Florham Park, NJ 07932

*Via Facsimile 516-294-2758*
David J. Sutton, Esq.
1205 Franklin Avenue, Suite 320
Garden City, NY 11530

Nicole Guite, Probation Officer
Daniel Patrick Moynihan U.S. Courthouse
U.S. Probation Office
500 Pearl Street
New York, NY 10007-1312

# MINTZ & GOLD LLP
### ATTORNEYS AT LAW

| | | |
|---|---|---|
| STEVEN W. GOLD<br>STEVEN G. MINTZ*<br>ALAN KATZ<br>JEFFREY D. POLLACK*<br>STEVEN A. SAMIDE<br>SCOTT A. KLEIN<br>TERENCE W. MCCORMICK<br>JOSHUA H. EPSTEIN<br>LISABETH HARRISON<br>JACK A. HORN<br>MARK S. POMERANTZ<br>ALEXANDER H. GARDNER<br>NOREEN E. COSGROVE<br>MICHAEL B. ROTH*<br>PAUL OSTENSEN<br>RYAN W. LAWLER*<br>KEVIN M. BROWN<br>HEATH LORING*<br>DANIEL K. WIIG* | 470 PARK AVENUE SOUTH<br>10TH FLOOR NORTH<br>NEW YORK, NEW YORK 10016<br><br>TELEPHONE (212) 696-4848<br>FACSIMILE (212) 696-1231<br>www.mintzandgold.com | OF COUNSEL<br>HONORABLE VITO J. TITONE (dec.)<br>(NY State Court of Appeals 1985-1998)<br>HARVEY J. HOROWITZ<br>NEAL M. GOLDMAN<br>ERIC M. KUTNER*<br>ANDREW P. NAPOLITANO°<br><br>*ADMITTED TO PRACTICE ONLY BEFORE ALL<br>COURTS IN NEW JERSEY AND ALL FEDERAL COURTS<br>IN NEW YORK CITY |

*ALSO ADMITTED IN NEW JERSEY

---

## TELECOPIER MEMORANDUM

TO: Hon. Laura Taylor Swain                     TELECOPIER NO: 212-805-0426

CC: Joan M. Loughnane, Esq.
    ADA, Southern District of New York          TELECOPIER NO: 212-637-2937

CC: Joshua A. Berman, Esq.
    Meltzer, Lippe, Goldstein & Breitstone      TELECOPIER NO: 516-747-0653

CC: Marc L. Mukasey, Esq.
    Bracewell & Giuliani LLP                    TELECOPIER NO: 212-938-3833

CC: Frank J. Cuccio, Esq.
    Bressler, Amery & Ross                      TELECOPIER NO: 973-514-1660

CC: David J. Sutton, Esq.                       TELECOPIER NO: 516-294-2758

FROM: **STEVEN W. GOLD**
      PHONE: (212) 696-4848   FAX: (212) 696-1231

RE: United States of America v. Matthew D. Weitzman
    Index No.: 1:09-Cr.00989 (LTS)              DATE: May 12, 2010

We are telecopying __5__ pages, including this cover page.

This message is intended only for the use of the addressee(s) and cc's and may contain information that is privileged confidential. If you are not the intended recipient, you are hereby notified that any dissemination of this communication or the information contained herein is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone. Thank you.