

November 13, 2015

Honorable Judge Laura Taylor Swain
500 Pearl Street
New York, NY 10007

Re: United States of America vs. Matthew Weitzman, Case #1:09-cr-00989

Dear Judge Taylor Swain:

I was recently released from the Federal Prison Camp in Miami, Florida into the custody of the Bronx Community Re-Entry Center in The Bronx, New York to finish serving a 97-month sentence. **My address at that facility is 2534 Creston Avenue, Bronx, NY 10468. Please use that address for any notification.** The purpose of this letter is to respectfully request that the Court amend the judgment in my case to expand the area to which I may travel without advance permission during the period of my supervised release, after I serve the balance of my custodial sentence, to include the contiguous states of New York, Connecticut and New Jersey. I submitted a similar request to the Court in 2014 and the court denied the motion without prejudice for me to re-submit the motion at this time.

As your Honor may recall from the Pre-Sentencing Report and from my Sentencing Memorandum, I have two children with my ex-wife. One of the children lives in Westchester County, New York, right on the Connecticut border and the other child now attends college in Upstate New York. My ex-wife has been caring for both children on her own, with limited family support, during my incarceration and I have no other living immediate family. As I have been incarcerated in Florida for the final portion of my sentence, I have not been able to see my children in over two years at this point. It is important for my children's well-being that I am able to visit regularly to re-connect with them and to re-integrate into their lives (in Westchester County, Connecticut and in Upstate New York) and that I am able to help my ex-wife care for our children as quickly as possible. In the absence of any adult family, expanding my pre-approved travel area to include the states of New York, Connecticut and New Jersey will significantly assist my ex-wife, my children and me in making my transition once I complete my custodial sentence. In addition, I have several friends that are key members of my support system in Connecticut and New Jersey who will help me with my transition, with job opportunities and with living accommodations upon my release.

As your honor may also recall, I was arraigned in June 2009, pled guilty in October 2009 and remained free on bail until self-surrendering to FCI Otisville Satellite Camp in August 2010 (I wore an ankle monitor after my plea in October 2009). I do not believe that there have been any concerns about my willingness to abide by all of this Court's orders and instructions over the years, including any travel restrictions. In addition, in my pre-trial period (up to my self-surrender) and during my over five years of incarceration I have shown a consistent work record, demonstrated good behavior and had no incident reports. Accordingly, for the reasons set forth above, I respectfully request that the Court enter an Order which will expand the states to which I may travel without advance permission upon my release from BOP custody to include the states of New York, Connecticut and New Jersey.

Thank you for considering this request.

Sincerely,

*Matt W*

Matthew D. Weitzman

Matthew Weitzman
(rent community Re-entry center)
2534 Creston Avenue
Bronx, NY 10468

Judge Taylor Swain
US Courthouse
500 Pearl Street
NY, NY 10007-1312