January 20, 2016

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-27-2016
```

Honorable Judge Laura Taylor Swain
500 Pearl Street
New York, NY 10007

Re: United States of America vs. Matthew Weitzman, Case #1:09-cr-00989

Dear Judge Taylor Swain:

I was recently released from the Federal Prison Camp in Miami, Florida into the custody of the Bronx Community Re-Entry Center in The Bronx, New York to finish serving a 97-month sentence. **My address at that facility is 2534 Creston Avenue, Bronx, NY 10468. Please use that address for any correspondence.** The purpose of this letter is to respectfully request that the Court grant me permission to obtain a credit card, open a checking and/or savings account and to open an IRA and/or Roth IRA account.

As I start to re-build my life upon my return to New York it would be very helpful to also begin to rebuild my credit and to start to save money to be more stable financially and to prepare for the future. I have a lot to accomplish in that regard and it would be very helpful to be able to get started on that path.

As your honor may also recall, I was arraigned in June 2009, pled guilty in October 2009 and remained free on bail until self-surrendering to FCI Otisville Satellite Camp in August 2010 (I wore an ankle monitor after my plea in October 2009). I do not believe that there have been any concerns about my willingness to abide by all of this Court's orders and instructions over the years, including any travel restrictions. In addition, in my pre-trial period (up to my self-surrender) and during my over five years of incarceration I have shown a consistent work record, demonstrated good behavior and had no incident reports. Accordingly, for the reasons set forth above, I respectfully request that the Court enter an Order to allow me to obtain a credit card, open a checking and/or savings account and to open an IRA and/or Roth IRA account.

Thank you for considering this request.

Sincerely,

*[signature]*

Matthew D. Weitzman

*[handwritten]:* Mr. Weitzman is instructed to direct his credit card request, and all banking related inquiries, to his Probation Officer.

**SO ORDERED:**

*[signature]* 1/27/16

HON. LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

Copies mailed/faxed to _____ Mr. Weitzman
Chambers of Judge Swain
on 1-27-2016